OPINION — AG — UNLESS AND UNTIL SUCH A PETITION HAS BEEN FILED BY THE CITY OR TOWN OF BUFFALO IN YOUR OFFICE, AND AN AUDIT OF THE "BOOKS" OF SAID CITY OR TOWN HAS BEEN COMMENCED, IN WHICH AUDIT THE QUESTIONS PRESENTED IN YOUR LETTER WILL ARISE, THIS OFFICE (STATE EXAMINER AND INSPECTOR) IS WITHOUT AUTHORITY TO ANSWER THE THREE QUESTIONS SET FORTH IN YOUR LETTER. CITE: 74 O.S. 1961 212 [74-212] (FRED HANSEN)